# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| Thomas Anthony DiBartolo | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:16-cv-00359-RMP |
| State of Washington; Washington State Attorney General | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Motion to Voluntarily Dismiss Complaint Without Prejudice, ECF 8, is GRANTED.
Motion to Waive Collection of Filing Fee, ECF 9, is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on motion to Voluntarily Dismiss Complaint Without Prejudice, ECF 8, GRANTED. Motion to Waive Collection of Filing Fee, ECF 9, GRANTED.

Date: 3/6/17

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler